# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **ALEX HALTIWANGER,** | |
| *Plaintiff,* | **CIVIL ACTION NO.** |
| **v.** | **5:25-cv-00156-TES-CHW** |
| **Warden GEORGE IVEY,** *et al.,* | |
| *Defendants.* | |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 35]. Plaintiff Alex Haltiwanger did not object to the Recommendation in the allotted time. [*Id.* at p. 9]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1)(A). The magistrate judge recommended the Court grant Defendants' motion to dismiss because Plaintiff failed to fully exhaust the grievance process before filing his complaint, which is required under the Prison Litigation Reform Act. [Doc. 35, p. 9]; 42 U.S.C. § 1997(e)(a). Accordingly, the Court **GRANTS** Defendants' motion to dismiss. [Doc. 23]. 28 U.S.C. § 636(b)(1).

**SO ORDERED**, this 18th day of May, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**