IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALEX HALTIWANGER,                         *

          Plaintiff,                      *

v.                                           Case No.  5:25-cv-00156-TES-CHW

                                      *

WARDEN GEORGE IVEY,

                                      *

          Defendants.

                                      *

## J U D G M E N T

Pursuant to this Court's Order dated 5/18/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of May, 2026.

                                David W. Bunt, Clerk


                                s/ Erin Pettigrew, Deputy Clerk